Order issued December 3/ , 2012

005352



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01100-CV

**BARRY H. WELLS, Appellant**

V.

**MARC R. MAY, Appellee**

## ORDER

We **GRANT** appellee's December 26, 2012 unopposed second motion for an extension of time to file a brief. Appellee shall file his brief on or before January 8, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

ELIZABETH LANG-MIERS
JUSTICE